

FILED by _____ D.C.

MAR 26 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF FLORIDA

**Case No.        –CIV-[JUDGE/ MAGISTRATE]**


Micheline Baptiste,

    Plaintiff


v.                                         Civil Action No.


Shrusan Gray and or others,

    Defendant(s).

_____/

## COMPLAINT FOR NEGLIGENCE WHEN THE PLAINTIFF DOES NOT KNOW WHO IS RESPONSIBLE AND COMPLAINT FOR DECLARATORY RELIEF

1. This action arises under:

    a. **28 U.S.C. § 1331 (2016).**

    b. **U.S. Const. Art. III § 2**

    c. **U.S. Const. Art. IV. § 1-3**

    d. **U.S. Const. Amend. X**

    e. **U.S. Const. Amend. XIV**

    f. **42 U.S.C. § 1986 (2016).**

    g. **Fla. Const. art. I § 2**

    h. **Fla. Const. art. I § 9**

1

    **i.  Fla. Const. art. I § 21**

    **j.  §456.003, Fla. Stat. (2017).**

    **k.  §768.72, Fla. Stat. (2017).**

2. On or about, April 4 2011 I, Micheline Baptiste, Plaintiff entered into Miramar police department in Broward County for a police report alleging aggravated battery.

3. However, request for report denied and told allegation against medical physicians are filed in civil court and I must initiate civil suit. Thereafter, I went to State Attorney's office in Broward County and told need a police report or file civil suit.

4. On or about the 28th of March 2014, I the patient, Micheline Baptiste/Plaintiff, filed a Fifth Amended Complaint for damages to sue Defendant Shrusan Gray for Breach of Contract, Trespass for battery, Fraudulent Misrepresentation.

5. However, with reckless disregard of my rights and safety, Defendant Shrusan Gray or "thru undersigned counsel" filed a request to dismiss my complaint.

6. Moreover, complaint dismissed and final judgment entered against me and recorded October 30 2014, without trial by jury, depriving me Plaintiff that opportunity to be heard in court. Furthermore, caused confinement to seek relief for bodily injuries.

7. As a result, the plaintiff, me Micheline Baptiste, is physically injured, suffers from mental and physical pain, and incurred medical and other expenses.

8. Therefore, the plaintiff, me Micheline Baptiste demands judgment against one or more defendants for the sum, $76, 000.

9. Furthermore, if pro se, parties, victims are entitled to obtain a police report, file a complaint in court, appear personally and plea also conduct their own

2

cases personally pursuant to **28 U.S.C. §1654**, the Plaintiff, me, Micheline Baptiste, in doubt about where and how to file a criminal complaint and seek restitution for bodily injury.

Therefore, the plaintiff demands:

a. I, the Plaintiff recover damages or restitution for bodily injuries caused to me.

b. Intervention by United States or State pursuant to **28 U.S.C. § 2403**.

c. Trial by jury as to all issues so triable.

d. Any other relief the court considers right and appropriate.

Date 3\26\2018

_____
Unrepresented party

Micheline Baptiste
Printed Name

2151 NE 167th St., Apt 4, N. Mia. FL 33162
Address

michelinebaptiste@hotmail.c
E-mail address

(786) 237-4533
Telephone number

3